

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MICHAEL DINGMAN
DIRECT DIAL: 202 • 419 • 2056
EMAIL: mdingman@huntonak.com

January 3, 2023

<u>**Via ECF**</u>

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:    *Securities and Exchange Commission v. Barton*, No. 23-11237

Dear Mr. Cayce,

I respectfully request to be withdrawn as counsel of record in the above-captioned action. Although I have not filed a formal appearance in this matter, I appear on the docket through my employer—Hunton Andrews Kurth LLP—on behalf of Appellant Timothy Barton.[1] I will, however, be leaving Hunton Andrews Kurth on January 9, 2024, to join the Commonwealth of Virginia's Office of the Solicitor General. I therefore request to be withdrawn from the docket and service list as counsel. The Appellant will continue to be represented by Michael J. Edney of Hunton Andrews Kurth LLP. I have conferred with

---

[1] Given that I have not formally appeared, I conferred with Clerk's Office staff on how to proceed with removing my name from the docket. I was informed that a letter would be sufficient under these circumstances. To the extent a motion is required, and the Court cannot construe this letter as a motion, I will file such a motion upon notification.

ATLANTA  AUSTIN  BANGKOK  BEIJING  BOSTON  BRUSSELS  CHARLOTTE  DALLAS  DUBAI  HOUSTON
LONDON  LOS ANGELES  MIAMI  NEW YORK  RICHMOND  SAN FRANCISCO  TOKYO  TYSONS  WASHINGTON, DC
www.HuntonAK.com



Mr. Lyle W. Cayce
Clerk, United States Court of Appeals for the Fifth Circuit
Page 2

counsel for the Appellee, who indicated that the Appellee does not oppose my withdrawal.


                                Sincerely,

                                  */s/ Michael Dingman*
                                  Michael Dingman

Cc:  All counsel of record
     via the Electronic Court Filing System