

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE,
NW WASHINGTON, D.C. 20037-
1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

February 22, 2024

**_FILED VIA ECF_**
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

> **Re:    _Securities and Exchange Commission v. Barton_, Case No. 23-11237:
> Unopposed Request for a Level-1 Extension of Time Pursuant to
> Fifth Circuit Rule 31.4.3.1**

Dear Mr. Cayce:

Appellant Timothy Barton respectfully requests a 30-day extension of time to file his opening brief in Case No. 23-11237, which is currently scheduled to be filed on March 5, 2024.  If this request is granted, Appellant's brief in Case No. 23-11237 would be due on April 4, 2024.  Appellant has not previously sought an extension of the briefing schedule in this matter.

Undersigned counsel has conferred with opposing counsel at the United States Securities and Exchange Commission ("SEC"), Ezekiel L. Hill.  Mr. Hill has graciously indicated that the SEC does not oppose this request.

Fifth Circuit Rule 31.4.3.1 specifies that the "clerk is authorized to act on or refer to the court Level 1 extensions" for requests between one and thirty days.  There is good cause for this unopposed request.  Lead counsel in this matter has several other commitments and professional engagements falling on or immediately around the current due date.

HUNTON
ANDREWS KURTH

Page 2

The requested extension also will preserve the possibility of potential consolidation of the above-entitled appeal with related Case No. 24-10004 and the presentation of one set of merits briefs to the Court.  Case No. 24-10004 is an appeal of the District Court's orders authorizing the new receiver to sell certain assets and will raise issues of fact and law regarding the validity of the new receiver that are common to the above-entitled appeal.  The Court is awaiting the transcript to set a briefing schedule in that matter, and it appears it may have been received yesterday. Appellant will be making the request to consolidate in a forthcoming motion, which the Appellee has stated it will oppose.

The Appellant is grateful for your consideration of this request.

Respectfully submitted,

Michael J. Edney

cc: All counsel of record via the ECF system