# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-11237

---

United States Court of Appeals
Fifth Circuit
**FILED**
March 18, 2024
Lyle W. Cayce
Clerk

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

ORDER:

IT IS ORDERED that Appellant's opposed motion to consolidate case nos. 23-11237 and 24-10004 is GRANTED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*