# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 18, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-11237 consolidated with 24-10004
              SEC v. Barton
              USDC No. 3:22-CV-2118
              USDC No. 3:22-CV-2118

The court has granted the motion to consolidate.

Please use the below caption for all future filings.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Keefe Michael Bernstein
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill
Mr. David B. Reece

_____

No. 23-11237
consolidated with
No. 24-10004
_____

Securities and Exchange Commission,

              Plaintiff - Appellee

v.

Timothy Barton,

              Defendant - Appellant