# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2024

Mr. Ezekiel Levenson Hill
Securities and Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

    No. 24-10004    SEC v. Barton
               USDC No. 3:22-CV-2118

Dear Mr. Hill,

We received your Reply.  This document needs to be filed in the
lead case which is 23-11237 (consolidated with 24-10004).
Therefore, we are taking no action on this filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Keefe Michael Bernstein
     Mr. Michael J. Edney
     Mr. David B. Reece