

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE,
NW WASHINGTON, D.C. 20037-
1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

April 5, 2024

**_FILED VIA ECF_**
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

> **Re:    _Securities and Exchange Commission v. Barton_, Case No. 23-11237 consolidated with Case No. 24-10004: Unopposed Request for a Level-1 Extension of Time Pursuant to Fifth Circuit Rule 31.4.3.1**

Dear Mr. Cayce:

Appellant Timothy Barton respectfully requests a 14-day extension of time to file his opening brief in Case No. 23-11237, consolidated with Case No. 24-10004. That brief is currently scheduled to be filed on April 16, 2024.[1]  If this request were granted, Appellant's brief would be due on April 30, 2024.

The Appellant sought, and the Clerk of the Court granted, an extension of the briefing schedule in the first of the consolidated cases, Case No. 23-11237.  That case was later consolidated with Case No. 24-10004 and adopted Case No. 24-10004's briefing schedule.  The Appellant has not previously sought an extension in the consolidated case or in Case No. 24-10004.

Because the requested extension would not extend briefing beyond 30 days from the original due date for the opening brief in Case No. 24-10004 or in the consolidated case, a Level-1 extension is appropriate.

---

[1] On March 18, 2024, the Court granted Appellant's motion to consolidate Case Nos. 23-11237 and 24-10004.  ECF No. 30-1.

HUNTON
ANDREWS KURTH

Page 2

Undersigned counsel has conferred with opposing counsel at the United States Securities and Exchange Commission ("SEC"), Ezekiel L. Hill. Mr. Hill has graciously indicated that the SEC does not oppose this request.

There is good cause for this unopposed request. Undersigned appellant counsel has conflicting briefing schedules in several other courts of appeals, including the day immediately preceding the current due date of Appellant's opening brief in the above-captioned matter. Further, the requested extension will assist Appellant's counsel in navigating the difficulties of assisting the Court in this matter amidst the order under appeal having seized all the Appellant's assets and eliminated his ability to compensate counsel.

The Appellant is grateful for your consideration of this request.

Respectfully submitted,

Michael J. Edney

cc: Counsel for the United States Securities and Exchange Commission