

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

April 23, 2024

***FILED VIA ECF***
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

> **Re:** ***Securities and Exchange Commission v. Barton***, **Case No. 23-11237**
> **consolidated with Case No. 24-10004:**
> **Unopposed Request for a Level-1 Extension of Time Pursuant to**
> **Fifth Circuit Rule 31.4.3.1**

Dear Mr. Cayce:

Appellant Timothy Barton respectfully submits an unopposed Level-1 request for a 7-day extension of time to file his opening brief in Case No. 23-11237, consolidated with Case No. 24-10004.  That brief is currently scheduled to be filed on April 30, 2024.[1]  If this request were granted, Appellant's brief would be due on May 7, 2024.

The Appellant has previously sought and was granted a 14-day extension in in the consolidated case.  Because the requested 7-day extension—when combined with the previously granted 14-day extension—would not extend briefing beyond 30 days from the original due date for the opening brief in the consolidated case, the request is for a Level-1 extension under this Court's rules.  5th Circuit Rule 31.4.3.

Undersigned counsel has conferred with opposing counsel for the Appellee United States Securities and Exchange Commission, Mr. Ezekiel L. Hill.  Mr. Hill

---

[1] On March 18, 2024, the Court consolidated Case Nos. 23-11237 and 24-10004. ECF No. 30-1.

HUNTON
ANDREWS KURTH

Mr. Lyle W. Cayce
April 23, 2024
Page 2

has graciously indicated that the Commission does not oppose this request.

There is good cause for this unopposed request. Undersigned appellant counsel has conflicting briefing schedules in several other courts of appeals and the extension will assist in preparation and client review of the brief in this complex, consolidated matter. Further, the requested extension will assist Appellant's counsel in navigating the difficulties of assisting the Court in this matter amidst the order under appeal having seized all the Appellant's assets and eliminated his ability to compensate counsel.

The Appellant is grateful for your consideration of this request.

Respectfully submitted,

Michael J. Edney

cc: Counsel for the United States Securities and Exchange Commission