# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2024

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701

        No. 23-11237    SEC v. Barton
                        USDC No. 3:22-CV-2118
                        USDC No. 3:22-CV-2118

Dear Mr. Edney,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Caption on the record excerpts does not agree with the caption of the case in compliance with 5th Cir. R. 30.1.7(d). Caption must exactly match the Court's Official Caption (see Official Caption below)

You must insert a page in between each document containing the tab number corresponding to the Table of Contents. See 5th Cir. R. 30.1.7 (c).

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
    Mr. Keefe Michael Bernstein
    Mr. Ezekiel Levenson Hill
    Mr. David B. Reece

No. 23-11237
consolidated with
No. 24-10004

Securities and Exchange Commission,

Plaintiff - Appellee

v.

Timothy Barton,

Defendant - Appellant