# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2024

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701

     No. 23-11237    SEC v. Barton
                      USDC No. 3:22-CV-2118
                      USDC No. 3:22-CV-2118

Dear Mr. Edney,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

A Table of Contents with page number references is missing/misspelled or includes additional text, etc. A Table of Contents is required. See Fed. R. App. P. 28(a)(2).

We have identified a potential problem with the signature required by 5th Cir. R. 28.2.1(b)(2) to follow the Certificate of Interested Persons. The signature is either missing or does not match the name of the attorney as reflected in our records. 5th Cir. R. 25.2.10 requires the signature of the filing attorney (the attorney whose log-in was used for the filing). That rule further requires the filing attorney's name be typed on the line where the attorney would normally sign, and be preceded by an "s/". An image of the signature is not allowed.

A short Conclusion stating the precise relief sought is missing/misspelled or includes additional text, etc. A Conclusion is required. See Fed. R. App. P. 28(a)(9).

The caption on the brief does not match the Court's Official Caption as required by **FED. R. APP. P.** 32(a)(2)(C). See the Official Caption, below:

No. 23-11237
consolidated with
No. 24-10004

Securities and Exchange Commission,

Plaintiff - Appellee

v.

Timothy Barton,

Defendant - Appellant

Note:   Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.   The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
     Mr. Keefe Michael Bernstein
     Mr. Ezekiel Levenson Hill
     Mr. David B. Reece