# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2024

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701

        No. 23-11237    SEC v. Barton
                        USDC No. 3:22-CV-2118

Dear Mr. Edney,

Your Addendum to the Brief of Appellant is filed.  It requires the following corrections within 10 days of the date of this letter:

    A cover with a complete case caption with the proper title of "Addendum".

    A Certificate of service is required.

Once you have prepared your sufficient addendum, you must email it to: ca05mL_NWTX@ca5.uscourts.gov for review.  If the addendum is in compliance, you will receive a notice of docket activity advising you that the sufficient addendum has been filed.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Christina Rachal*

                        By: _____
                        Christina C. Rachal, Deputy Clerk
                        504-310-7651

cc:
    Mr. Keefe Michael Bernstein
    Mr. Ezekiel Levenson Hill
    Mr. David B. Reece