

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

**OFFICE OF THE**
**GENERAL COUNSEL**

Ezekiel L. Hill
(202) 551-7724
hillez@sec.gov

May 30, 2024

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

*Via ECF*

Re:    *SEC v. Barton*, No. 23-11237 (consolidated with No. 24-10004)

Dear Mr. Cayce,

I write on behalf of the Securities and Exchange Commission.  The Commission's brief in the above-referenced consolidated appeal is currently due on June 20, 2024.  The Commission respectfully requests that deadline be extended 30 days such that the Commission's brief would be due on July 22, 2024.  The Commission requests this extension in light of counsel's engagement in other matters, including *SEC v. Barton*, No. 23-10516 (5th Cir.), in which this Court has scheduled oral argument for July 10, 2024.  No other extension of the deadline for the Commission's brief has been sought or granted.  The appellant does not oppose the requested extension.  Thank you for your consideration.

Sincerely,

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

cc:    Counsel of record (via ECF)