# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-11237
consolidated with
No. 24-10004

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 30, 2024

Lyle W. Cayce
Clerk

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118
USDC No. 3:22-CV-2118

---

ORDER:

IT IS ORDERED that the Receiver's partially unopposed motion for leave to file amicus curiae brief is GRANTED.

Stuart Kyle Duncan
*United States Circuit Judge*