# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11237   SEC v. Barton
                    USDC No. 3:22-CV-2118
                    USDC No. 3:22-CV-2118

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa B. Courseault, Deputy Clerk
                    504-310-7701

Mr. Keefe Michael Bernstein
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill
Ms. Charlene Cantrell Koonce
Mr. David B. Reece