

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE,
NW WASHINGTON, D.C. 20037-
1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

August 5, 2024

*FILED VIA ECF*
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

> **Re:** ***Securities and Exchange Commission v. Barton*, Case No. 23-11237 consolidated with Case No. 24-10004: Unopposed Request for a Level-1 Extension of Time Pursuant to Fifth Circuit Rule 31.4.3.1**

Dear Mr. Cayce:

Appellant Timothy Barton respectfully requests a 30-day extension of time to file his Reply brief in Case No. 23-11237. That brief is currently scheduled to be filed on Monday, August 12, 2024. If granted, the requested extension would result in Appellant's Reply brief being due on Wednesday, September 11, 2024. The Appellant has not previously sought an extension of the reply brief deadline (although both Appellant and Appellee sought and were granted Level 1 extensions of their respective opening briefs).

This requested extension is unopposed and there is good cause for granting it. The Court permitted a significant amicus filing on behalf of Appellee, six days ago. The requested extension will permit the Appellant to address the intervening amicus filing and undersigned counsel to accommodate briefing deadlines this month in other matters pending before this Court and other courts of appeal.

Appellant has conferred with counsel for the Appellee, the United States Securities and Exchange Commission, who confirmed that the Appellee does not oppose the requested Level 1 extension.

HUNTON
ANDREWS KURTH

Page 2

The Appellant is grateful for your consideration of this request.

Respectfully submitted,

Michael J. Edney

cc: Counsel for the United States Securities and Exchange Commission