No. 23-11237
Consolidated with
No. 24-10004

_____

# United States Court of Appeals for the Fifth Circuit

_____

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

*versus*

TIMOTHY BARTON,

*Defendant-Appellant,*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

**APPELLANT BARTON'S UNOPPOSED MOTION TO EXTEND
TIME TO FILE REPLY BRIEF**

_____

Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*medney@huntonak.com*

Pursuant to 5th Cir. R. 31.4.3.1, Appellant Timothy Barton respectfully requests a 30-day extension of time to file his Reply brief in Case No. 23-11237. That brief is currently scheduled to be filed on Monday, August 12, 2024. If granted, the requested extension would result in Appellant's Reply brief being due on Wednesday, September 11, 2024. Appellant has not previously sought an extension of the reply brief deadline (although both Appellant and Appellee sought and were granted Level 1 extensions of their respective opening briefs). The requested 30-day extension of the reply brief deadline appears to fall within the Level 1 parameters provided by this Court's rules.

This motion is following a letter request for the proposed extension filed with the Corut on August 5, 2024. Upon receipt of the letter, the Court directed the Appellant on August 6, 2024, to file a formal motion seeking the extension, which it does herein.

This requested extension is unopposed and there is good cause for granting it. The Court permitted a significant amicus filing on behalf of Appellee, one week ago. The requested extension will permit the Appellant to address the intervening amicus filing and undersigned

counsel to accommodate briefing deadlines this month in other matters pending before this Court and other courts of appeal.

Respectfully submitted,

/s/ Michael J. Edney
Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
medney@huntonak.com

ATTORNEY FOR APPELLANT
TIMOTHY LYNCH BARTON

Date: August 6, 2024

## Certificate of Conference

Appellant has conferred with counsel for Appellee, the United States Securities and Exchange Commission, who confirmed that the Appellee does not oppose the requested Level 1 extension.

/s/ Michael J. Edney
Michael J. Edney

## Certificate of Filing and Service

I hereby certify that on August 6, 2024, this document was filed and served in PDF format using the United States Court of Appeals for the Fifth Circuit's CM/ECF system upon all counsel of record, as follows:

Ezekiel L. Hill
hillez@sec.gov
Securities and Exchange Commission
100 F St., N.E.
Washington, DC 20549

Keefe M. Bernstein
bernsteink@sec.gov
James E. Etri
etrij@sec.gov
David B. Reece
reeced@sec.gov
Securities and Exchange Commission
801 Cherry St., Suite 1900
Fort Worth, TX 76102

*Counsel for the Securities and Exchange Commission*

In addition, I further certify that this electronic filing is an exact copy of the paper document and any privacy redactions have been made. This filing has been scanned for viruses and has been found to be free of viruses.

*/s/ Michael J. Edney*